**Opinion issued June 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-17-00839-CV**

———————————

**VIVIAN ROBBINS, Appellant**

**V.**

**SUSAN SOLIS, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-37897**

---

## MEMORANDUM OPINION

Appellant, Vivian Robbins, proceeding pro se, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.041(1) (West 2013); Order, Fees Charged in the Supreme Court, in Civil Cases

in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Furthermore, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by this Court's May 15, 2018 Order and Notice of Intent to Dismiss for Want of Jurisdiction that this appeal was subject to dismissal for want of prosecution unless she paid the required fees within 30 days of the date of that order, appellant failed to timely respond to that order. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to pay all required fees. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

2